IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| RANDALL K. KALBAUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-0420-CV-W-DW |
| | ) | |
| ED ENDERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The parties to the above-captioned action have filed a stipulation of dismissal (Doc. 19). Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this action is dismissed *with prejudice*, all parties to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

/S/ DEAN WHIPPLE
Dean Whipple
United States District Court

Date: March 20, 2006